THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTEN GARDNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IQ DATA INTERNATIONAL INC,<br><br>　　　　　Defendant. | CASE NO. C21-0614-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff filed a complaint on May 7, 2021. (Dkt. No. 1.) However, as Plaintiff has not filed any proof of service, it appears that Plaintiff has failed to serve Defendant. *See* Fed. R. Civ. P. 4(*l*)(1). Plaintiff is thus ORDERED to show cause why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 4(m). Plaintiff's response is due within 14 days of this order.

DATED this 18th day of October 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C21-0614-JCC
PAGE - 1